JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG A. TURREY, | Case No. 5:20-cv-00774-CAS (GJS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| R. NDOH (WARDEN), | |
| Respondent. | |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; Denying Certificate Of Appealability; and Referring Petition Pursuant to Ninth Circuit Rule 22-3(a),

IT IS ADJUDGED THAT this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATE: April 17, 2020

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE